UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TANISHA S. BUNDY

    Plaintiff,

V.                            CIVIL ACTION NO

JACOBSON AND ASSOCIATES

    Defendant.               NOVEMBER 12, 2009

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 3 1692; the Consumer Collection Agency Act, Conn. Gen. Stat 36a-800 and regulations issued there under; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. 3 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in New Haven, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is an unlicensed collection agency within the CCAC.

7. Defendant communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

8. Defendant failed to provide the Plaintiff with the required Notice pursuant to §1692e (11) in every oral communication.

9. Defendant through an employee contacted the Plaintiff and stated he was an "investigator" and threatened criminal arrest if the Plaintiff did not make payment on the alleged debt.

10. Defendants statement to the Plaintiff was false, deceptive and misleading, in violation of the FDCPA's prohibition pursuant to §1692e and f.

11. In the collection efforts, the Defendant violated the FDCPA, inter alia, section 1692e, f.

**SECOND COUNT**.

12. The allegations of the First Count are repeated and realleged as if fully set forth herein.

13. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Consumer Collection Agency Act, section 36a-800et seq.

14. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against the Defendant;

2. Award the Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY _____
Bernard T. Kennedy, Esquire
157 Pine Orchard Road
Branford, CT 06405
Ph (443) 607-8901
Fax (443) 607-8903
Fed. Bar # ct00680
bernardtkennedy@yahoo.com