UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TANISHA S. BUNDY

    Plaintiff,

V.                                                     CIVIL ACTION NO
                                                        3:09-cv-01925-CFD

Jacobson & Associates

Defendant.                                            February 22, 2010

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed **without** prejudice and without costs, subject to approval of the Court.

                                                                   THE PLAINTIFF

                                                     BY/S/Bernard T. Kennedy
                                                       Bernard T. Kennedy, Esquire
                                                       157 Pine Orchard Road
                                                       Branford, CT 06405
                                                       Ph  (443) 607-8901
                                                       Fax (443) 607-8903
                                                       Fed. Bar # ct00680
                                                      bernardtkennedy@yahoo.com

## CERTIFICATION

I hereby certify that on 2/22/10 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy